AO 94 (Rev. 01/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
для
Northern District of California

United States of America
v.
John A. Gough, Jr.
*Defendant*

Case No. 4-11-70587-MAG

Charging District's
Case No. 1:03-mj-2138-01   1:04-CR-5130-01

**FILED**
MAY 27 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RECEIVED
UNITED STATES MARSHAL
2011 MAY 27 AM 11:09
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ___Eastern___ District of ___California, Fresno___.

The defendant may need an interpreter for this language: ___(No Interpreter needed)___.

The defendant:   ☐ will retain an attorney.
                 ☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: ___5/27/11___

_____
*Judge's signature*

___DONNA M. RYU, United States Magistrate Judge___
*Printed name and title*

cc: Copy to parties of record via ECF, Probation, 2 Certified copies to U.S. Marshal